1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 188349)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6917
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,          )   No. CR 05-00459 PJH
                                      )
       Plaintiff,                     )
14                                    )   STIPULATION AND [~~PROPOSED~~]
   v.                                 )   ORDER EXCLUDING TIME FROM
15                                    )   AUGUST 4, 2005 TO AUGUST 16, 2005
   MARTY GUY,                         )   AND AUGUST 24, 2005 TO SEPTEMBER
16                                    )   7, 2005 FROM THE SPEEDY TRIAL ACT
       Defendant.                     )   CALCULATION (18 U.S.C.
17 _____    )   § 3161(h)(8)(A))

18

19

20      The parties appeared before the Court on August 24, 2005.  With the agreement of the

21 parties, and with the consent of the defendant, the Court enters this order scheduling a hearing on

22 Defendant's expected motion to suppress on October 5, 2005, at 2:30 p.m., and documenting the

23 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 4, 2005 to

24 August 16, 2005 and August 24, 2005 to September 7, 2005.  The parties agreed, and the Court

25 found and held, as follows:

26      1. The parties agreed to an exclusion of time under the Speedy Trial Act.  For the period

27 from August 4, 2005 to August 16, 2005, the parties engaged in extensive briefing and hearings

28 before Magistrate Judge Bernard Zimmerman on the government's motion for detention.  For the

STIPULATION AND ORDER
CR 05-00459 PJH                          1

1  period from August 24, 2005 to September 7, 2005, counsel for Defendant will be investigating
2  and preparing a motion to suppress.  Failure to grant the requested continuance would
3  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
4  into account counsel's need to review discover and to prepare a motion to suppress, and would
5  deny the defendant continuity of counsel.
6       2.  Given these circumstances, the Court found that the ends of justice served by
7  excluding the periods from August 4, 2005 to August 16, 2005 and from August 24, 2005 to
8  September 7, 2005, outweigh the best interest of the public and the defendant in a speedy trial.
9  Id. § 3161(h)(8)(A).
10      3.  Accordingly, and with the consent of the defendant, the Court ordered that the periods
11 from August 4, 2005 to August 16, 2005 and from August 24, 2005 to September 7, 2005, be
12 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
13      5.  The parties will appear at a motion hearing on October 5, 2005, at 2:30 p.m.
14      IT IS SO STIPULATED.

16 DATED: _____9/7/05_____          _____/s/_____
                                          TRACIE L. BROWN
17                                        Assistant United States Attorney

19 DATED: _____9/8/05_____          _____/s/_____
                                          GEOFFREY D. HANSEN
20                                        Attorney for Marty Guy

21      IT IS SO ORDERED.

23 DATED: 9/13/05                          _____
                                          THE HON. PHYLLIS J. HAMILTON
24                                        United States District Judge

STIPULATION AND ORDER
CR 05-00459 PJH                     2