BARRY J. PORTMAN
Federal Public Defender
GEOFFREY HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GUY

**FILED**

OCT 0 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTY GUY, , ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-05-459-PJH <br><br> EX PARTE APPLICATION AND DECLARATION IN SUPPORT OF ORDER AUTHORIZING INDIGENT SUBPOENA UNDER RULE 17(b) AND (c), FEDERAL RULES OF CRIMINAL PROCEDURE |

I, GEOFFREY HANSEN, make the following declarations under penalty of perjury:

1) I am an Assistant Federal Public Defender and am representing defendant Marty Guy in the above captioned case.

2) I am informed by Mr. Guy and believe, and on the basis of said information and belief allege, that Mr. Guy is unable to pay for expenses in connection with the duplication of the materials listed in the attached subpoenas.

3) I am familiar with the materials to be produced by the custodians of record and it is my professional judgment and opinion that the production of said materials is necessary to a full and fair hearing for the above-named defendant and is also necessary for adequate preparation of the defense.

1   WHEREFORE, defendant prays that an order issue:

2   1) Authorizing the issuance of the subpoenas for copies of San Francisco Police Department and Office of Citizen Complaints personnel records specified in the subpoenas

2) Authorizing the costs of fees and expenses associated with production of the materials so subpoenaed to be paid as if subpoenaed by the government.

3) Ordering the production of the documents to the Honorable Phyllis J. Hamilton for *in camera* review on or before 10-24-05.

Dated: 10/6/05

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

GEOFFREY HANSEN
Assistant Federal Public Defender

DEFENDANT'S EX PARTE APPLICATION
AND DECLARATION                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-459-PJH |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| MARTY GUY | ) | |
| Defendant. | ) | |

On the motion of the defendant Marty Guy pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoenas issue for the specified San Francisco Police Department and Office of Citizen Complaints personnel records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoena command the production of the materials

//
//
//
//

ORDER

1 | to the Honorable Phyllis J. Hamilton for *in camera* review on or before 10-24-05.

3 | DATED: 10/6/05

PHYLLIS J. HAMILTON
United States District Judge

ORDER