**United States District Court**

For the Northern District of California

1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8

9

10    UNITED STATES OF AMERICA,

11              Plaintiff,                        No. C 05-0459 PJH

12          v.                                    **ORDER RE IN CAMERA REVIEW
                                                  OF SUBPOENAED MATERIALS**

13    MARTY GUY

14              Defendant.
      _____/

15

16          Pursuant to the subpoenas issued by defendant's counsel, the San Francisco Office of

17    Citizen Complaints has returned documents relating to complaints against Officers Benzinger,

18    Fitzpatrick, Aherne, and Scott.  The court has reviewed the documents to determine if they are

19    responsive to the subpoena and relevant for *Henthorn* purposes.  The court will order

20    disclosure of both sustained and unsustained complaints that satisfy these criteria.

21          With regard to Officer Benzinger, the court has determined that three of the complaints

22    are appropriate for disclosure.  With regard to Officer Fitzpatrick, two complaints will be

23    disclosed.  Turning to Officer Aherne, two complaints will be disclosed. Finally, one complaint

24    will be disclosed with respect to Officer Scott.  In sum, eight complaints will be disclosed to the

25    parties.

26          The remaining citizen complaints that will not be disclosed contain, for the most part,

27    allegations of citations, detentions, arrests, and/or searches without cause, the unlawful use of

28    force, and/or discourteous behavior.

1    The documents to be disclosed, will be made available to both parties. The

2  documents that are not being disclosed will be filed under seal for purposes of review.

3      **IT IS SO ORDERED.**

4

5  Dated: October 28, 2005

6                                          _____
                                           PHYLLIS J. HAMILTON
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2