IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0459 PJH |
| Plaintiff, | ORDER |
| vs. | |
| MARTY GUY | |
| Defendant. | |

Upon oral motion of the defendant and good cause appearing, it is hereby ordered that the fees and expenses of defense witnesses Anthony Brown and James Armstrong be paid as if they had been subpoenaed on behalf of the government.

Dated: 11/21/05

PHYLLISS J. HAMILTON
United States District Court Judge

ORDER                                 1