**FILED**

E-Filing

DEC 16 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 - 459 PJH |
| Plaintiff, | **ORDER EXONERATING BOND** |
| vs. | |
| MARTY GUY, | |
| Defendant. | |

The defendant's motion to exonerate his bond is granted. The bond is exonerated.

Dated: 12/16/05

PHYLLIS J. HAMILTON
United States District Court Judge

**RECEIVED**

DEC 15 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1