KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6917
Facsimile:  (415) 436-7234

Attorneys for Plaintiff

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-459 PJH |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND NOTICE OF DISMISSAL |
| MARTY GUY, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in the above case.

DATED: March 15, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
TRACIE L. BROWN
Assistant U.S. Attorney

NOTICE OF DISMISSAL
CR 05-459 PJH

1 | Leave is granted to the government to dismiss the indictment. The case is dismissed.
2 | SO ORDERED.
3
4 | Date: 3/16/06
5 | The Hon. Phyllis J. Hamilton
United States District Judge

NOTICE OF DISMISSAL
CR 05-459 PJH                                             2